UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Yakaitis,

                Plaintiff(s),

    -against –

Talkwater Inc.,

                Defendant(s).
-----------------------------------------------------------X

**O R D E R**

No. 23-CV-04575 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs – provided, however, that if settlement is not consummated within forty-five days of the date of this order, either party may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. In addition, Plaintiff may reopen the matter at any point during the forty-five-day period if he is not satisfied by the progress of settlement talks by sending a letter to the Court, and Defendant's response to the complaint will be due five (5) days after the matter is reopened.

    **SO ORDERED**.

Dated: September 22, 2023
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.